UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon A. PANIAGUA, Defendant–Appellant.

No. 05–30921
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2006.

Camille Ann Domingue, Assistant U.S. Attorney, Brett L. Grayson, Assistant U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Ramon A. Paniagua, Fort Dix, NJ, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ramon A. Paniagua has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Paniagua's response discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.